```
 1  Callie A. Bjurstrom, State Bar No. 137816
    LUCE, FORWARD, HAMILTON & SCRIPPS LLP
 2  600 West Broadway, Suite 2600
    San Diego, California 92101-3372
 3  Telephone No.: 619.236.1414
    Fax No.: 619.232.8311
 4  cbjurstrom@luce.com

 5  William M. Parrish
    Michael P. Adams
 6  H. Carl Myers
    Brian Mangum, State Bar No. 242208
 7  WINSTEAD PC
    401 Congress Avenue, Suite 2100
 8  Austin, TX 78701
    Telephone No.: 512.370.2800
 9  Fax No.: 512.370.2850
    wparrish@winstead.com
10  madams@winstead.com
    cmyers@winstead.com
11  bmangum@winstead.com

12  Attorneys for Plaintiff INSWEB CORPORATION,
```

FILED
08 MAR 11 AM 9:41
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___CP___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSWEB CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>AUTOBYTEL, INC., AUTOBYTEL I CORP., f/k/a AVV, INC., and ATC HOLDINGS, INC. d/b/a DOMINION ENTERPRISES,<br><br>      Defendants. | Case No. '08 CV 0447 WQH LSP<br><br>**INSWEB CORPORATION'S CORPORATE DISCLOSURE STATEMENT** |

///
///
///
///
///

1

| | |
|---|---|
| 1 | Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant InsWeb Corporation |
| 2 | states that it has no parent corporation and that no publicly held corporation owns 10% or more of its |
| 3 | stock. |
| 4 | DATED: *March 10*, 2008    LUCE, FORWARD, HAMILTON & SCRIPPS LLP |
| 5 | |
| 6 | By: _____ |
| 7 | Callie A. Bjurstrom<br>Attorneys for Plaintiff |

101078913.1

2