# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 11 AM 9:44
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

INSWEB CORPORATION,

vs

AUTOBYTEL, INC.; AUTOBYTEL I CORP. f/k/a AVV, INC. AND ATC HOLDINGS, INC. d/b/a DOMINION ENTERPRISES,

SUMMONS IN A CIVIL ACTION
Case No. '08 CV 0447 WQH LSP

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY
   Callie A. Bjurstrom, State Bar No. 137816
   Luce Forward, Hamilton & Scripps LLP
   600 West Broadway, Suite 2600
   San Diego, California 92101
   Telephone: 619.699.2586; Facsimile: 619.645.5323; E-mail: cbjurstrom@luce.com

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____W. Samuel Hamrick, Jr._____    _____3/11/08_____
              CLERK                                   DATE

By _____C. PUSHMAN_____, Deputy Clerk