Summons in a Civil Action (Rev 11/97)

# United States District Court LED

## SOUTHERN DISTRICT OF CALIFORNIA    I I    AM 9: 44

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

INSWEB CORPORATION,

vs

AUTOBYTEL, INC.; AUTOBYTEL I CORP. f/k/a
AVV, INC. AND ATC HOLDINGS, INC. d/b/a
DOMINION ENTERPRISES,

**SUMMONS IN A CIVIL ACTION**
Case No. '08 CV 0 4 4 7 WQH LSP

TO: (Name and Address of Defendant)

Autobytel, Inc.
May be served through its registered agent for serice of process:
CT Corporation System
818 West Seventh Street
Los Angeles, California    90017

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY
Callie A. Bjurstrom, State Bar No. 137816
Luce Forward, Hamilton & Scripps LLP
600 West Broadway, Suite 2600
San Diego, California 92101
Telephone:  619.699.2586; Facsimile:  619.645.5323; E-mail: cbjurstrom@luce.com

An answer to the complaint which is herewith served upon you, within____20____days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

_____W. Samuel Hamrick, Jr._____        _____3/11/08_____
CLERK                                        DATE

By    C. PUSSMANN , Deputy Clerk



Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Page 1 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CASE NO.  08 CV 0447 WQH LSP

INSWEB CORPORATION
VS.
AUTOBYTEL, INC., ET AL

RETURN

Came to hand:   3 / 13 /2008, at 3:00 o'clock  P.M.

☑ Summons in a Civil Action
☑ Complaint

Executed on:   3 / 14 /2008

Executed at 818 West Seventh Street, Los Angeles, CA 90015, by delivering to:

   AUTOBYTEL, INC.
   by delivering to its registered agent, C.T. CORPORATION SYSTEM
   by delivering to its managing agent, RUDY RIVERA

by certified mail, return receipt requested, a true copy of the above specified civil process, having first endorsed thereon the date of mailing.  The return receipt with signature thereon is attached hereto.

I am over the age of 18, not a party to nor interested in the outcome of the above numbered suit.

_____
Server: TRACIE McMICHAEL
ASSURED CIVIL PROCESS AGENCY
600 Sabine St., #100, Austin, TX 78701

STATE OF TEXAS    }

VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.  Given under my hand and seal of office on this the 24TH day of March 2008

_____
Notary Public Signature

JERRY MELBER
My Commission Expires
July 25, 2011

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Rudy Rivera_    ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name)    C. Date of Delivery   3.17.08 |
| 1. Article Addressed to:<br><br>**AUTOBYTEL INC.**<br>**CT CORPORATION SYSTEM**<br>**818 WEST SEVENTH STREET**<br>**LOS ANGELES, CA 90017** | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:    ☐ No |
|  | 3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>   (Transfer from service label)    7007 2680 0000 5313 3843 | |
| PS Form 3811, February 2004    Domestic Return Receipt    W | 102595-02-M-1540 |