Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 MAR 11  AM 9:44
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

INSWEB CORPORATION,

vs

AUTOBYTEL, INC.; AUTOBYTEL I CORP. f/k/a AVV, INC. AND ATC HOLDINGS, INC. d/b/a DOMINION ENTERPRISES,

**SUMMONS IN A CIVIL ACTION**
Case No. '08 CV 0447 WQH LSP

TO: (Name and Address of Defendant)

Autobytel I Corp. f/k/a AVV, Inc.
May be served through its registered agent for service of process:
818 West Seventh Street
Los Angeles, California 90017

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

   Callie A. Bjurstrom, State Bar No. 137816
   Luce Forward, Hamilton & Scripps LLP
   600 West Broadway, Suite 2600
   San Diego, California 92101
   Telephone: 619.699.2586; Facsimile: 619.645.5323; E-mail: cbjurstrom@luce.com

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____W. Samuel Hamrick, Jr._____          ___3/11/08___
                CLERK                                DATE

By  C. PISENHAN, Deputy Clerk

RECEIVED 3/13/08

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Page 1 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CASE NO. 08 CV 0447 WQH LSP

INSWEB CORPORATION
VS.
AUTOBYTEL, INC., ET AL

RETURN

Came to hand:   3 / 13 /2008, at 3:00 o'clock  P.M.

☑ Summons in a Civil Action
☑ Complaint

Executed on:   3 / 14 /2008

Executed at 818 West Seventh Street, Los Angeles, CA 90015, by delivering to:

   AUTOBYTEL I CORP. f/k/a AVV, INC.
   by delivering to its registered agent, C.T. CORPORATION SYSTEM
   by delivering to its managing agent, RUDY RIVERA

by certified mail, return receipt requested, a true copy of the above specified civil process, having first endorsed thereon the date of mailing.  The return receipt with signature thereon is attached hereto.

I am over the age of 18, not a party to nor interested in the outcome of the above numbered suit.

Server: TRACIE McMICHAEL
ASSURED CIVIL PROCESS AGENCY
600 Sabine St., #100, Austin, TX 78701


STATE OF TEXAS    }

VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.  Given under my hand and seal of office on this the 24TH day of March 2008

Notary Public Signature

JERRY MELBER
My Commission Expires
July 25, 2011

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Rudy Rivera*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) RUDY RIVERA  C. Date of Delivery 3-17-08 |
| 1. Article Addressed to:<br><br>**AUTOBYTEL I CORP, fka AVV, INC.**<br>**CT CORPORATION SYSTEM**<br>**818 WEST SEVENTH STREET**<br>**LOS ANGELES, CA 90017** | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7007 2680 0000 5313 3836 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540