Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 11  AM 9:44
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

INSWEB CORPORATION,

vs

AUTOBYTEL, INC.; AUTOBYTEL I CORP. f/k/a AVV, INC. AND ATC HOLDINGS, INC. d/b/a DOMINION ENTERPRISES,

**SUMMONS IN A CIVIL ACTION**
Case No. '08 CV 0447 WQH LSP

TO: (Name and Address of Defendant)

ATC Holdings, Inc. d/b/a Dominion Enterprises
May be served through its registered agent for service of process:
Guy R. Friddell, III
150 W. Brambleton Avenue
Norfolk, Virginia  23510

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY
  Callie A. Bjurstrom, State Bar No. 137816
  Luce Forward, Hamilton & Scripps LLP
  600 West Broadway, Suite 2600
  San Diego, California 92101
  Telephone: 619.699.2586; Facsimile: 619.645.5323; E-mail: cbjurstrom@luce.com

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                        3/11/08
CLERK                                           DATE

By C. PISHMAN, Deputy Clerk

CTH: 3/19/08 @ 9:00 A.M.

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CASE NO. 08 CV 0447 WQH LSP

INSWEB CORPORATION
VS.
AUTOBYTEL, INC., ET AL

RETURN

Came to hand: 3/19/2008, at 9 o'clock A.M.

- ☑ Summons in a Civil Action
- ☑ Civil Cover Sheet
- ☑ Insweb Corporation's Complaint for Patent Infringement; Demand for Jury Trial
- ☑ Insweb Corporation's Corporate Disclosure Statement

Executed on: 3/21/2008, at 1:30 o'clock P.M.

Executed at 150 W. Brambleton Ave, Norfolk VA, by delivering to:

ATC HOLDINGS, INC., d/b/a DOMINION ENTERPRISES
by delivering to: Donna Welcome   Executive Assistant
              (Name)                  (Title)

In person, a true copy of the above specified civil process.

I am over the age of 18, not a party to nor interested in the outcome of the above numbered suit.

Server: Palmer Roux
c/o ASSURED CIVIL PROCESS AGENCY
600 Sabine St., #100, Austin, TX 78701

STATE OF VIRGINIA  }

VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct. Given under my hand and seal of office on this the 31st day of March, 2008.

DEMARIST WILLIAMS
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES JAN. 31, 2009
COMMISSION # 362097

Demarist M. Williams
Notary Public Signature