# United States District Court   FILED

## SOUTHERN DISTRICT OF CALIFORNIA   08 APR 17 PM 4:06

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

INSWEB CORPORATION,

vs

AUTOBYTEL, INC., AUTOBYTEL I CORP., f/k/a AVV, INC., and DOMINION ENTERPRISES.

FIRST AMENDED COMPLAINT

SUMMONS IN A CIVIL ACTION

Case No. 08-CV-0447 WQH (LSP)

99A DEPUTY

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY
Callie A. Bjurstrom, Esq., SBN 137816
Michelle A. Herrera, Esq., SBN 209842
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Tel.: 619.236.1414l; Fax: 619.232.8311

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

J. HINKLE

By _____, Deputy Clerk

APR 1 7 2008

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com