Callie A. Bjurstrom, State Bar No. 137816
Michelle A. Herrera, State Bar. No. 209842
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311
cbjurstrom@luce.com
mherrera@luce.com

Attorneys for Plaintiff INSWEB CORPORATION

John Christopher Jaczko, State Bar No. 149317
Allison H. Goddard, State Bar No. 211098
Jaczko Goddard LLP
4401 Eastgate Mall
San Diego, California 92121
Telephone No.: 858.550.6150
Fax No.: 858.225.3500
cjaczko@jaczkogoddard.com
agoddard@jaczkogoddard.com

Attorneys for Defendants AUTOBYTEL, INC., AUTOBYTEL I CORP., f/k/a AVV, INC., and DOMINION ENTERPRISES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSWEB CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>AUTOBYTEL, INC., AUTOBYTEL I CORP., f/k/a AVV, INC., and DOMINION ENTERPRISES,<br><br>    Defendants. | Case No. 08-CV-0447 WQH (LSP)<br><br>**JOINT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

Plaintiff INSWEB CORPORATION and Defendants AUTOBYTEL, INC., AUTOBYTEL I CORP., f/k/a AVV, INC. and DOMINION ENTERPRISES, by and through their respective counsel hereby jointly move, pursuant to Local Rule 12.1, that Defendants' time to file any and all pleadings responsive to the First Amended Complaint in the above-captioned matter shall be enlarged to May 16, 2008. This Joint Motion is based on the following facts:

1    Plaintiff filed its original Complaint on March 11, 2008, and attempted service of the same on
2    all named Defendants. It is Defendants' position that service was procedurally improper. Defendants
3    further contend that ATC Holdings, Inc. is not a proper party to this lawsuit. Having met and
4    conferred through counsel, Plaintiff agreed to file a First Amended Complaint withdrawing ATC
5    Holdings, Inc. as a Defendant and substituting in its place and stead Dominion Enterprises, an entity
6    that Defendants have represented is a Virginia general partnership. Plaintiff's First Amended
7    Complaint was filed on April 17, 2008.

8    Defendants have agreed to waive any challenges to service and to accept service of the
9    Summons and First Amended Complaint through their counsel designated herein. Plaintiff, in turn,
10   has agreed to grant Defendants additional time up to and including May 16, 2008 to respond to the
11   Complaint.

12   There have been no previous requests from, or granted by, this Court for enlargement of time
13   in this matter, and no party would be prejudiced by this brief delay.

15   DATED: April 21, 2008          LUCE, FORWARD, HAMILTON & SCRIPPS LLP

17                                  By: s/Michelle A. Herrera
                                        Michelle A. Herrera
18                                      Attorneys for Plaintiff INSWEB CORPORATION

19   DATED: April 21, 2008          JACZKO GODDARD LLP
20

22                                  By: s/Allison H. Goddard
                                        Allison H. Goddard
                                        Attorneys for Defendants AUTOBYTEL, INC.,
23                                      AUTOBYTEL I CORP., f/k/a AVV, INC. and
                                        DOMINION ENTERPRISES

25   101088611.1