Callie A. Bjurstrom, State Bar No. 137816
Michelle A. Herrera, State Bar. No. 209842
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311
cbjurstrom@luce.com
mherrera@luce.com

Attorneys for Plaintiff INSWEB CORPORATION

John Christopher Jaczko, State Bar No. 149317
Allison H. Goddard, State Bar No. 211098
Jaczko Goddard LLP
4401 Eastgate Mall
San Diego, California 92121
Telephone No.: 858.550.6150
Fax No.: 858.225.3500
cjaczko@jaczkogoddard.com
agoddard@jaczkogoddard.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSWEB CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>AUTOBYTEL, INC., AUTOBYTEL I CORP., f/k/a AVV, INC., and DOMINION ENTERPRISES,<br><br>    Defendants. | Case No. 08-CV-0447 WQH (LSP)<br><br>**JOINT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

Plaintiff INSWEB CORPORATION and Defendants AUTOBYTEL, INC., AUTOBYTEL I CORP., f/k/a AVV, INC. and DOMINION ENTERPRISES, by and through their respective counsel hereby jointly move, pursuant to Local Rule 12.1, that Defendants' time to file any and all pleadings responsive to the First Amended Complaint in the above-captioned matter shall be enlarged to June 2, 2008. This Joint Motion is based on the following facts:

Plaintiff filed its Complaint in this action on March 11, 2008.

1  Plaintiff filed its First Amended Complaint was on April 17, 2008.

2  Plaintiff and Defendants moved jointly on April 21, 2008 to allow Defendants up to and
3  including May 16, 2008 to respond to the First Amended Complaint. (Doc. # 13.) The Court granted
4  this Joint Motion on April 23, 2008. (Doc. # 17.)

5  Plaintiff and Defendants have agreed to enlarge Defendants' time to respond to the First
6  Amended Complaint by approximately 15 days to June 2, 2008. Good cause exists to enlarge
7  Defendants' time to respond, because it will allow Defendants to complete their initial review and
8  analysis and adequately respond to Plaintiff's claims. No party would be prejudiced by this brief
9  delay. Plaintiff and Defendants therefore respectfully request that the Court grant this Joint Motion.

11  DATED: May 15, 2008          LUCE, FORWARD, HAMILTON & SCRIPPS LLP

13                                By: s/Michelle A. Herrera
                                      Michelle A. Herrera
14                                    Attorneys for Plaintiff INSWEB CORPORATION

15
    DATED: May 15, 2008          JACZKO GODDARD LLP
16

17
                                  By: s/Allison H. Goddard
18                                    Allison H. Goddard
                                      Attorneys for Defendants AUTOBYTEL, INC.,
19                                    AUTOBYTEL I CORP., f/k/a AVV, INC. and
                                      DOMINION ENTERPRISES