1 | Callie A. Bjurstrom, State Bar No. 137816
  | Michelle A. Herrera, State Bar. No. 209842
2 | LUCE, FORWARD, HAMILTON & SCRIPPS LLP
  | 600 West Broadway, Suite 2600
3 | San Diego, California 92101-3372
  | Telephone No.: 619.236.1414
4 | Fax No.: 619.232.8311
  | cbjurstrom@luce.com
5 | mherrera@luce.com

6 | Attorneys for Plaintiff INSWEB CORPORATION

7 | John Christopher Jaczko, State Bar No. 149317
  | Allison H. Goddard, State Bar No. 211098
8 | Jaczko Goddard LLP
  | 4401 Eastgate Mall
9 | San Diego, California 92121
  | Telephone No.: 858.550.6150
10 | Fax No.: 858.225.3500
   | cjaczko@jaczkogoddard.com
11 | agoddard@jaczkogoddard.com

12 | Attorneys for Defendants AUTOBYTEL, INC.;
   | AUTOBYTEL I CORP., and DOMINION ENTERPRISES
13
                    UNITED STATES DISTRICT COURT
14
                   SOUTHERN DISTRICT OF CALIFORNIA
15

16 |
17 | INSWEB CORPORATION,                    | Case No. 08-CV-0447 WQH (LSP)
   |        Plaintiff,                      |
18 |                                        | **JOINT MOTION FOR ENLARGEMENT**
   | v.                                     | **OF TIME TO RESPOND TO**
19 |                                        | **COMPLAINT**
   | AUTOBYTEL, INC., AUTOBYTEL I           |
20 | CORP., f/k/a AVV, INC., and DOMINION   |
   | ENTERPRISES,                           |
21 |                                        |
   |        Defendants.                     |
22

23
         Plaintiff INSWEB CORPORATION and Defendants AUTOBYTEL, INC., AUTOBYTEL I
24
   CORP., f/k/a AVV, INC. and DOMINION ENTERPRISES, by and through their respective counsel
25
   hereby jointly move, pursuant to Local Rule 12.1, that Defendants' time to file any and all pleadings
26
   responsive to the operative Complaint on file in the above-captioned matter shall be enlarged to July
27
   7, 2008. This Joint Motion is based on the following facts:
28

                                            1                    Case No. 08-CV-0447 WQH (LSP)

1    Plaintiff filed its Complaint in this action on March 11, 2008.

2    Plaintiff filed its First Amended Complaint was on April 17, 2008.

3    Plaintiff and Defendants moved jointly on April 21, 2008 to allow Defendants up to and including May 16, 2008 to respond to the First Amended Complaint. (Doc. # 13.) The Court granted this Joint Motion on April 23, 2008. (Doc. # 17.)

4    Plaintiff and Defendants moved jointly on May 15, 2008 to allow Defendants an additional enlargement of time up to and including June 2, 2008, to respond to the First Amended Complaint. (Doc. #19.) The Court granted this Joint Motion on May 21, 2008. (Doc. #20.)

5    Plaintiff has advised Defendants that it may seek to file a Second Amended Complaint, and will know whether it will do so on or before June 16, 2008. If Plaintiff elects to file a Second Amended Complaint, Defendants have agreed to provide their written consent to the same. The parties have therefore agreed that Plaintiff will notify Defendants on or before June 16, 2008, whether it will proceed with the First Amended Complaint presently on file or will file a Second Amended Complaint. Plaintiff shall file and serve any such Second Amended Complaint on or before June 16, 2008. The parties have further agreed that in any event, Defendants shall have up to and including July 7, 2008 to file their response to the operative Complaint then on file.

6    Good cause exists for the relief sough through this Joint Motion, because it will allow Plaintiff time to determine whether it should proceed with the First Amended Complaint presently on file or file a Second Amended Complaint, and because it will allow Defendants to complete their review and analysis of the operative Complaint. No party would be prejudiced by this brief delay. Plaintiff and Defendants therefore respectfully request that the Court grant this Joint Motion.

DATED: May 23, 2008    LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: s/Michelle A. Herrera
Michelle A. Herrera
Attorneys for Plaintiff INSWEB CORPORATION

|   |   |   |
|---|---|---|
| 1 | DATED: May 23, 2008 | JACZKO GODDARD LLP |

By: s/Allison H. Goddard
Allison H. Goddard
Attorneys for Defendants AUTOBYTEL, INC., AUTOBYTEL I CORP., f/k/a AVV, INC. and DOMINION ENTERPRISES

101096580.1