1    Callie A. Bjurstrom, State Bar No. 137816
      Michelle A. Herrera, State Bar No. 209842
2    LUCE, FORWARD, HAMILTON & SCRIPPS LLP
      600 West Broadway, Suite 2600
3    San Diego, California 92101-3372
      Telephone No.: 619.236.1414
4    Fax No.: 619.232.8311
      cbjurstrom@luce.com
5    mherrera@luce.com

6    William M. Parrish
      Michael P. Adams
7    H. Carl Myers
      Brian Mangum, State Bar No. 242208
8    WINSTEAD PC
      401 Congress Avenue, Suite 2100
9    Austin, TX 78701
      Telephone No.: 512.370.2800
10   Fax No.: 512.370.2850
      wparrish@winstead.com
11   madams@winstead.com
      cmyers@winstead.com
12   bmangum@winstead.com

13   Attorneys for Plaintiff INSWEB CORPORATION

14

15                 UNITED STATES DISTRICT COURT

16             SOUTHERN DISTRICT OF CALIFORNIA

17

18   INSWEB CORPORATION,          Case No. 08-CV-0447 WQH (LSP)

19        Plaintiff,               **PROOF OF SERVICE**

20   v.

21   AUTOBYTEL, INC., AUTOBYTEL I
      CORP., f/k/a AVV, INC., and DOMINION
22   ENTERPRISES,

23        Defendants.

24

25       I declare as follows:

26         I am an attorney with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address

27   is 600 West Broadway, Suite 2600, San Diego, California 92101-3372. I am a member of the bar of

28   this court, over the age of eighteen years and not a party to this action.

1    On May 27, 2008, I caused the following to be served:

2    **JOINT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

3    <u>**Electronic Mail Notice List**</u>

4        The following are those who are currently on the list to receive e-mail notices for this case.

5        Michelle Ann Herrera, mherrera@luce.com, jliskowiak@luce.com

6        John Christopher Jaczko, cjaczko@jaczkogoddard.com,
         sbennett@jaczkogoddard.com

7
         Allison H. Goddard, agoddard@jaczkogoddard.com,
8        sbennett@jaczkogoddard.com

9        Nicholas M. Dudziak, aricchio@nshn.com, dudziak@nshn.com

10       Timothy J. Haller, haller@nshn.com, satterfield@nshn.com

11       Frederick C. Laney, laney@nshn.com, satterfield@nshn.com

12       Gregory P. Casimer, casimer@nshn.com, mecyssne@nshn.com

13       H. Carl Myers, cmyers@winstead.com

14       Brian Thomas Mangum, bmangum@winstead.com, rkleinberg@winstead.com

15       William M. Parrish, bparrish@winstead.com, jcurbow@winstead.com

16       Michael P. Adams, madams@winstead.com

17
     <u>**Manual Notice List**</u>
18
         The following is the list of attorneys who are **not** on the list to receive e-mail notices for this
19
     case (who therefore require manual noticing).
20
     Timothy J. Haller, Esq.
21   Niro Scavone Haller & Niro
     181 West Madison Street, Suite 4600
22   Chicago, IL 60602

23
         I declare that I am employed in the office at whose direction the service was made.
24
         Executed at San Diego, California on May 27, 2008.
25
                                              s/Michelle A. Herrera
26                                            Attorneys for

27

28   101096693.1