

**FILED**

**6/16/2008**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

**Insweb Corporation**                                             **08cv447-WQH-LSP**

**-v-**

**Autobytel, Inc. et al**

# STRICKEN DOCUMENT
## (Per 6/17/08 Discrepancy Order, Doc. # 24)

# Doc. # 23 -
# Plaintiffs' Second Amended Complaint
# For Patent Infringement; Demand For Jury Trial