Callie A. Bjurstrom, State Bar No. 137816
Michelle A. Herrera, State Bar. No. 209842
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311
cbjurstrom@luce.com
mherrera@luce.com

Attorneys for Plaintiff INSWEB CORPORATION

John Christopher Jaczko, State Bar No. 149317
Allison H. Goddard, State Bar No. 211098
Jaczko Goddard LLP
4401 Eastgate Mall
San Diego, California 92121
Telephone No.: 858.550.6150
Fax No.: 858.225.3500
cjaczko@jaczkogoddard.com
agoddard@jaczkogoddard.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSWEB CORPORATION,<br><br>            Plaintiff,<br><br>v.<br><br>AUTOBYTEL, INC., AUTOBYTEL I CORP., f/k/a AVV, INC., and DOMINION ENTERPRISES,<br><br>            Defendants. | Case No. 08-CV-0447 WQH (LSP)<br><br>**JOINT MOTION TO PERMIT PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT** |

Plaintiff INSWEB CORPORATION and Defendants AUTOBYTEL, INC., AUTOBYTEL I CORP., f/k/a AVV, INC. and DOMINION ENTERPRISES, by and through their respective counsel hereby jointly move the Court for an order permitting Plaintiff to file a Second Amended Complaint. This Joint Motion is based on the following facts:

/ / /

/ / /

In the Joint Motion for Enlargement of Time to Respond to Complaint filed by the parties on May 27, 2008 (Doc. #21), Plaintiff indicated that it was contemplating filing a Second Amended Complaint, and that it would determine whether it would do so or would proceed with the First Amended Complaint presently on file by June 16, 2008. Defendants agreed to provide their written consent to the filing of a Second Amended Complaint, in exchange for a short enlargement of time to July 7, 2008 to respond to the Complaint on file as of June 16, 2008.

On June 2, 2008, the Court issued a Minute Order granting the parties' Joint Motion for Enlargement of Time to Respond to Complaint, granting Defendant an extension of time until July 7, 2008 to file a response to the operative Complaint on file as of June 16, 2008. (Doc. #22.) The Minute Order is silent as to the filing by Plaintiff of a Second Amended Complaint.

Plaintiff attempted to file a Second Amended Complaint on June 16, 2008, but the Court issued a Discrepancy Order rejecting the same on the grounds that an amended pleading beyond a first amended pleading requires the opposing party's written consent or leave of court. The parties believed that Defendants' written consent to the filing of Plaintiff's Second Amended Complaint was embodied in their Joint Motion filed on May 27, 2008 (Doc. #22.) In light of the Discrepancy Order, the parties understand that their prior Joint Motion was not clear in that regard. Plaintiff and Defendants therefore submit this Joint Motion to Permit Plaintiff to File a Second Amended Complaint.

Good cause exists for the relief sough through this Joint Motion because Defendants previously stipulated to the filing of a Second Amended Complaint by Plaintiff. No prejudice will result because Defendants will still have up to and including July 7, 2008 to file a response to the Second Amended Complaint. Plaintiff and Defendants therefore respectfully request that the Court grant this Joint Motion.

DATED: June 19, 2008         LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: /s/ Michelle A. Herrera
    Michelle A. Herrera
    Attorneys for Plaintiff INSWEB CORPORATION

| | | |
|---|---|---|
| 1 | DATED: June 19, 2008 | JACZKO GODDARD LLP |
| 2 | | |
| 3 | | By: /s/ Allison H. Goddard |
| 4 | | Allison H. Goddard<br>Attorneys for Defendants AUTOBYTEL, INC., AUTOBYTEL I CORP., f/k/a AVV, INC. and DOMINION ENTERPRISES |
| 5 | | |
| 6 | 101100939.1 | |