Callie A. Bjurstrom, State Bar No. 137816
Michelle A. Herrera, State Bar No. 209842
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311
cbjurstrom@luce.com
mherrera@luce.com

William M. Parrish
Michael P. Adams
H. Carl Myers
Brian Mangum, State Bar No. 242208
WINSTEAD PC
401 Congress Avenue, Suite 2100
Austin, TX 78701
Telephone No.: 512.370.2800
Fax No.: 512.370.2850
wparrish@winstead.com
madams@winstead.com
cmyers@winstead.com
bmangum@winstead.com

Attorneys for Plaintiff INSWEB CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSWEB CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>AUTOBYTEL, INC., AUTOBYTEL I CORP., f/k/a AVV, INC., and DOMINION ENTERPRISES,<br><br>    Defendants. | Case No. 08-CV-0447 WQH (LSP)<br><br>**PROOF OF SERVICE** |

I declare as follows:

I am an attorney with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address is 600 West Broadway, Suite 2600, San Diego, California 92101-3372. I am a member of the bar of this court, over the age of eighteen years and not a party to this action.

1                                Case No. 08-CV-0447 WQH (LSP)

On June 19, 2008, I caused the following to be served:

**JOINT MOTION TO PERMIT PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

Michelle Ann Herrera, mherrera@luce.com, jliskowiak@luce.com

John Christopher Jaczko, cjaczko@jaczkogoddard.com, sbennett@jaczkogoddard.com

Allison H. Goddard, agoddard@jaczkogoddard.com, sbennett@jaczkogoddard.com

Nicholas M. Dudziak, aricchio@nshn.com, dudziak@nshn.com

Timothy J. Haller, haller@nshn.com, satterfield@nshn.com

Frederick C. Laney, laney@nshn.com, satterfield@nshn.com

Gregory P. Casimer, casimer@nshn.com, mecyssne@nshn.com

H. Carl Myers, cmyers@winstead.com

Brian Thomas Mangum, bmangum@winstead.com, rkleinberg@winstead.com

William M. Parrish, bparrish@winstead.com, jcurbow@winstead.com

Michael P. Adams, madams@winstead.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

Timothy J. Haller, Esq.
Niro Scavone Haller & Niro
181 West Madison Street, Suite 4600
Chicago, IL 60602

I declare that I am employed in the office at whose direction the service was made.

Executed at San Diego, California on June 19, 2008.

s/Michelle A. Herrera
Attorneys for Plaintiffs

101096693.1