1  Callie A. Bjurstrom, State Bar No. 137816
   Michelle A. Herrera, State Bar No. 209842
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600
3  San Diego, California 92101-3372
   Telephone No.: 619.236.1414
4  Fax No.: 619.232.8311
   cbjurstrom@luce.com
5  mherrera@luce.com

6  William M. Parrish
   Michael P. Adams
7  H. Carl Myers
   Brian Mangum, State Bar No. 242208
8  WINSTEAD PC
   401 Congress Avenue, Suite 2100
9  Austin, TX 78701
   Telephone No.: 512.370.2800
10 Fax No.: 512.370.2850
   wparrish@winstead.com
11 madams@winstead.com
   cmyers@winstead.com
12 bmangum@winstead.com

13 Attorneys for Plaintiff INSWEB CORPORATION

14

15                    UNITED STATES DISTRICT COURT

16                   SOUTHERN DISTRICT OF CALIFORNIA

17

18 | INSWEB CORPORATION,                      | Case No. 08-CV-0447 WQH (LSP) |
19 |       Plaintiff,                          | **PROOF OF SERVICE**          |
20 | v.                                        |                                |
21 | AUTOBYTEL, INC., AUTOBYTEL I              |                                |
   | CORP., f/k/a AVV, INC., and DOMINION      |                                |
22 | ENTERPRISES,                              |                                |
23 |       Defendants.                         |                                |

24

25       I declare as follows:

26       I am an attorney with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address

27 is 600 West Broadway, Suite 2600, San Diego, California 92101-3372. I am a member of the bar of

28 this court, over the age of eighteen years and not a party to this action.

1  On July 3, 2008, I caused the following to be served:

2  **PLAINTIFFS' SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT; DEMAND FOR JURY TRIAL**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- Michelle Ann Herrera, mherrera@luce.com, jliskowiak@luce.com
- John Christopher Jaczko, cjaczko@jaczkogoddard.com, sbennett@jaczkogoddard.com
- Allison H. Goddard, agoddard@jaczkogoddard.com, sbennett@jaczkogoddard.com
- Nicholas M. Dudziak, aricchio@nshn.com, dudziak@nshn.com
- Timothy J. Haller, haller@nshn.com, satterfield@nshn.com
- Frederick C. Laney, laney@nshn.com, satterfield@nshn.com
- Gregory P. Casimer, casimer@nshn.com, mecyssne@nshn.com
- H. Carl Myers, cmyers@winstead.com
- Brian Thomas Mangum, bmangum@winstead.com, rkleinberg@winstead.com
- William M. Parrish, bparrish@winstead.com, jcurbow@winstead.com
- Michael P. Adams, madams@winstead.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

N/A.

I declare that I am employed in the office at whose direction the service was made.

Executed at San Diego, California on July 3, 2008.

        s/Michelle A. Herrera
        Attorneys for Plaintiffs

101096693.1