Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL -3 PM 2: 27
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

INSWEB CORPORATION, LEADPOINT, INC., INTERNET BRANDS, INC. and AUTO INTERNET MARKETING, INC.

vs

AUTOBYTEL, INC., AUTOBYTEL I CORP., f/k/a AVV, INC., DOMINION ENTERPRISES, RETENTION PERFORMANCE MARKETING, INC. and ONECOMMAND, INC.

SECOND AMENDED COMPLAINT
SUMMONS IN A CIVIL ACTION
Case No. 08-CV-0447 WQH (LSP)

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

   Callie A. Bjurstrom, Esq., SBN 137816        cbjurstrom@luce.com
   Michelle A. Herrera, Esq., SBN 209842        mherrera@luce.com
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600
   San Diego, California 92101-3372
   Tel.: 619.236.1414l; Fax: 619.232.8311

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                          7/3/08
                                                DATE

J. PARIS
CLERK / SEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com