1  Callie A. Bjurstrom, State Bar No. 137816
   Michelle A. Herrera, State Bar No. 209842
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600
3  San Diego, California 92101-3372
   Telephone No.: 619.236.1414
4  Fax No.: 619.232.8311
   cbjurstrom@luce.com
5  mherrera@luce.com

6  William M. Parrish
   Michael P. Adams
7  H. Carl Myers
   Brian Mangum, State Bar No. 242208
8  WINSTEAD PC
   401 Congress Avenue, Suite 2100
9  Austin, TX 78701
   Telephone No.: 512.370.2800
10 Fax No.: 512.370.2850
   wparrish@winstead.com
11 madams@winstead.com
   cmyers@winstead.com
12 bmangum@winstead.com

13 Attorneys for Plaintiff INSWEB CORPORATION

14

15                UNITED STATES DISTRICT COURT

16                SOUTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  INSWEB CORPORATION, | Case No. 08-CV-0447 WQH (LSP) |
| 19       Plaintiff, | **PROOF OF SERVICE** |
| 20  v. | |
| 21  AUTOBYTEL, INC., AUTOBYTEL I CORP., f/k/a AVV, INC., and DOMINION ENTERPRISES, | |
| 22 | |
| 23       Defendants. | |

24

25       I declare as follows:

26       I am an attorney with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address

27  is 600 West Broadway, Suite 2600, San Diego, California 92101-3372.  I am a member of the bar of

28  this court, over the age of eighteen years and not a party to this action.

On July 28, 2008, I caused the following to be served:

**PLAINTIFFS' ANSWER TO COUNTERCLAIMS OF DEFENDANTS AUTOBYTEL, INC., AUTOBYTEL I CORP., F/K/A/ AVV, INC., AND DOMINION ENTERPRISES**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- Michelle Ann Herrera, mherrera@luce.com, jliskowiak@luce.com

- John Christopher Jaczko, cjaczko@jaczkogoddard.com, sbennett@jaczkogoddard.com

- Allison H. Goddard, agoddard@jaczkogoddard.com, sbennett@jaczkogoddard.com

- Nicholas M. Dudziak, aricchio@nshn.com, dudziak@nshn.com

- Timothy J. Haller, haller@nshn.com, satterfield@nshn.com

- Frederick C. Laney, laney@nshn.com, satterfield@nshn.com

- Gregory P. Casimer, casimer@nshn.com, mecyssne@nshn.com

- H. Carl Myers, cmyers@winstead.com

- Brian Thomas Mangum, bmangum@winstead.com, rkleinberg@winstead.com

- William M. Parrish, bparrish@winstead.com, jcurbow@winstead.com

- Michael P. Adams, madams@winstead.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

Douglas Kubehl
Baker Botts
2001 Ross Avenue
Dallas, TX 75201

Bart Showalter
Baker Botts
2001 Ross Avenue
Dallas, TX 75201

David O. Taylor
Baker Botts
2001 Ross Avenue
Dallas, TX 75201

1  I declare that I am employed in the office at whose direction the service was made.

2  Executed at San Diego, California on July 28, 2008.

3                                                    s/Callie A. Bjurstrom
                                                     Attorneys for Plaintiffs
4

5  101096693.1