Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL -3 PM 2:27
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

INSWEB CORPORATION, LEADPOINT, INC., INTERNET BRANDS, INC. and AUTO INTERNET MARKETING, INC.

vs

AUTOBYTEL, INC., AUTOBYTEL I CORP., f/k/a AVV, INC., DOMINION ENTERPRISES, RETENTION PERFORMANCE MARKETING, INC. and ONECOMMAND, INC.

SECOND AMENDED COMPLAINT
SUMMONS IN A CIVIL ACTION
Case No. 08-CV-0447 WQH (LSP)

TO: (Name and Address of Defendant)

Retention Performance Marketing, Inc.
Defendant may be served through its registered agent for service of process: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Callie A. Bjurstrom, Esq., SBN 137816    cbjurstrom@luce.com
Michelle A. Herrera, Esq., SBN 209842    mherrera@luce.com
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Tel.: 619.236.1414l; Fax: 619.232.8311

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                     7/3/08
                                           DATE

J. PARIS (CLERK seal)

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Page 1 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CASE NO. 08-CV-0447WQH (LSP)

INSWEB CORPORATION, ET AL
VS.
AUTOBYTEL, INC., ET AL

RETURN

Came to hand:   7 / 9 /2008, at 11:15 o'clock A.M.

☑ Summons in a Civil Action
☑ Second Amended Complaint

Executed on:   7 / 14 /2008

Executed at 1209 Orange Street, Wilmington, DE 19801, by delivering to:

RETENTION PERFORMANCE MARKETING, INC.
by delivering to its registered agent: THE CORPORATION TRUST COMPANY

by certified mail, a true copy of the above specified civil process, having first endorsed thereon the date of mailing. The return receipt bearing the signature of the registered agent's authorized/managing agent thereon is attached hereto.

I am over the age of 18, not a party to nor interested in the outcome of the above numbered suit.

Server: TRACIE McMICHAEL
ASSURED CIVIL PROCESS AGENCY
600 Sabine St., #100, Austin, TX 78701

STATE OF TEXAS   }

VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct. Given under my hand and seal of office on this the 21ST day of July 2008

ROGER L. SIMMONS
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
08-07-2011

Notary Public Signature

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>JUL 1 4 2008 |
| 1. Article Addressed to:<br><br>RETENTION PERFORMANCE MARKETING, INC.<br>THE CORPORATION TRUST COMPANY<br>CORPORATION TRUST CENTER<br>1209 ORANGE STREET<br>WILMINGTON, DE 19801 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 2680 0000 5313 0163 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540