John Christopher Jaczko, State Bar No. 149317
Allison H. Goddard, State Bar No. 211098
JACZKO GODDARD LLP
4401 Eastgate Mall
San Diego, California 92121
Telephone: (858) 550-6150
Fax: (858) 225-3500
cjaczko@jaczkogoddard.com
agoddard@jaczkogoddard.com

Timothy J. Haller (*Pro Hac Vice*)
Gregory P. Casimer (*Pro Hac Vice*)
Dina M. Hayes (*Pro Hac Vice*)
Frederick C. Laney (*Pro Hac Vice*)
Nicholas M. Dudziak (*Pro Hac Vice*)
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, IL 60602
Telephone: (312) 236-0733
Fax: (312) 236-3137

**Attorneys for Defendants**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSWEB CORPORATION, LEADPOINT, INC., INTERNET BRANDS, INC. AND AUTO INTERNET MARKETING, INC.<br><br>Plaintiffs,<br><br>v.<br><br>AUTOBYTEL, INC., AUTOBYTEL 1 CORP., F/K/A AVV, INC., DOMINION ENTERPRISES, RETENTION PERFORMANCE MARKETING, INC. AND ONECOMMAND INC.<br><br>Defendants. | Case No. 08cv0447 WQH LSP<br><br>**FEDERAL RULE OF CIVIL PROCEDURE 26(F) JOINT DISCOVERY PLAN** |

Plaintiffs InsWeb Corporation, Leadpoint, Inc., Internet Brands, Inc. and Auto Internet Marketing, Inc. (collectively, "Plaintiffs") and Defendants Autobytel, Inc., Autobytel 1 Corp., f/k/a AVV, Inc., Dominion Enterprises, Retention Performance Marketing, Inc. and OneCommand, Inc. (collectively, the "Defendants"), by and through their respective counsel, hereby submit this Joint Discovery Plan.

## NATURE OF THE CASE

This case presents federal claims and counterclaims arising under 28 U.S.C. §§ 1331 and 1338. Plaintiffs have brought this patent infringement action claiming the '597 patent is infringed the Defendants. Defendants filed counterclaims alleging no infringement of the '597 Patent and have asserted that the '597 patent is invalid and is unenforceable. Plaintiffs allege that Defendants have not properly plead the claim of unenforceability.

## SUBJECTS OF DISCOVERY

The material factual and legal issues which must be resolved and require discovery are: (1) validity of the '597 patent, (2) infringement of the '597 patent by the Defendants, (3) if properly in issue, whether the '597 patent is enforceable, (4) whether the alleged infringement was willful, and (5) and the amount of damages, if any, which would be sufficient to compensate Plaintiffs for any infringement that occurred.

## DISCOVERY PLAN

The parties, through counsel, having conferred by telephone in accordance with Rule 26(f) Fed. R. Civ. P., jointly propose the following schedule:

| Event | Plaintiffs Position | Defendants Position |
|---|---|---|
| Exchange of Initial Disclosures Pursuant to Fed.R.Civ.P. 26(A)(1) | August 18, 2008 | August 18, 2008 |
| Disclosure of Asserted Claims and Preliminary Infringement Contentions and accompanying document production [Pat. L.R. 3.1-3.2] | November 21, 2008 | September 8, 2008 |
| Preliminary Invalidity Contentions and accompanying document production [Pat. L.R. 3.3-3.4] | January 21, 2009 | November 7, 2008 |
| Simultaneous Exchange of Proposed Terms, Preliminary Claim Constructions and Preliminary Identifications of Extrinsic Evidence [Pat. L.R. 4.1.a-b.] | February 4, 2009 | November 21, 2008 |
| Deadline to Amend Pleadings | TBD after second case management conference | December 1, 2008 |
| Simultaneous Exchange of Responsive Claim Constructions [Pat. L.R. 4.1.c-d.] | February 18, 2009 | December 5, 2008 |
| Filing of Joint Claim Chart, Worksheet and Hearing Statement [Pat. L.R. 4.2] | March 4, 2009 | December 19, 2008 |
| Completion of Claim Construction Discovery [Pat. L.R. 4.3] | April 3, 2009 | January 16, 2009 |
| Opening Claim Construction Briefs [Pat. L.R. 4.4.a.] | April 17, 2009 | January 30, 2009 |

| Event | Plaintiffs Position | Defendants Position |
|---|---|---|
| Responsive Claim Construction Briefs [Pat. L.R. 4.4.b] | May 1, 2009 | February 13, 2009 |
| Claim Construction Hearing [Pat. L.R. 4.5] | June 8, 2009, subject to the Court's calendar | March 13, 2009; subject to the Court's calendar |
| Disclosure of Advice of Counsel [Pat. L.R. 3.8] | 30 days after issuance of Claim Construction Order | Disclosure deferred until 30 days after the close of fact discovery, or until such time as Plaintiffs make a threshold showing of "objective recklessness" under the new willfulness standard of In re Seagate Tech., 2007 U.S. App. LEXIS 19768 (Fed. Cir. August 20, 2007). |
| Second Case Management Conference to Discuss Remaining Dates | 30 days after issuance of Claim Construction Order or as otherwise ordered by the Court | 30 days after issuance of Claim Construction Order or as otherwise ordered by the Court |

The parties agree that the resultant Scheduling Order can be modified only by agreement of the parties, or by order of the judge, or the magistrate judge if so authorized by the judge, and only upon a showing of good cause.

The parties agree that the limitations on discovery imposed by the Federal Rules of Civil Procedure should be applied in this case.

/ / /

/ / /

## TOPICS SET FORTH IN L.R. 2.1.B.1-4

*Reasons for Plaintiffs Proposed Schedule:*

As reflected above, Plaintiffs propose adjusting the deadlines to avoid due dates during the November, December and New Year holidays.

*Reasons for Defendants Proposed Schedule:* As indicated above, defendants propose modification of the deadline to disclose the advice of counsel. Specifically, defendants request that the deadline to make such disclosure be deferred until 30 days after the close of fact discovery, or until such time as Plaintiffs make a threshold showing of "objective recklessness" under the new willfulness standard of In re Seagate Tech., 2007 U.S. App. LEXIS 19768 (Fed. Cir. August 20, 2007). Counsel for defendants proposed a similar deference in *DR Systems, Inc. v. Fuji et al*, Case No. 06-417 (S.D. Cal.) which was granted by the Honorable Nita Stormes (Docket No.247; attached).

At this time, the parties have not decided whether to present live testimony at the Claim Construction Hearing, but agree to provide the Court their decision in filed Hearing Statement. The parties do not believe that specific limits on discovery relating to claim construction is necessary.

The parties propose the following order of presentation at the Claim Construction Hearing:

Plaintiffs' Introduction (if necessary)

Defendants' Introduction (if necessary)

Plaintiffs shall then present its argument on the first disputed term

Defendants shall present its argument on the first disputed term

The parties shall proceed in this manner for the remaining disputed terms.

## ELECTRONIC DISCOVERY

The parties have discussed the production and exchange of electronic discovery and agree that each party's Electronically Stored Information (ESI) will be copied from Active/Archived email, shared network drives and active remote devices such as laptops and portable drives/media. The parties further agree that the parties will not be required to produce less-accessible ESI such as Backup Tapes/Data, Legacy Systems/Data, Voice/IM/PDA Data, and other data compilations, but that the parties will identify any such ESI that is responsive to a discovery request and undertake all reasonable efforts to make such ESI available for inspection. Files in native form will ordinarily not be produced, but counsel agree to: (i) use vendors or processes that do not limit production to a non-native format; (ii) produce spreadsheets in native format; and (iii) negotiate in good faith regarding production in native form of ESI if the requesting party can demonstrate that relevant information does not appear in the TIF images produced or that relevant metadata may exist. Certain types of ESI cannot be produced as a TIF image. These will be produced in their native form if responsive to a discovery request. With regard to documents that are attachments to other documents (e.g., documents attached to e-mails), the producing party will provide information, such as a log file, that lists the attachments to the document to which it is attached.

## PROPOSED PROTECTIVE ORDER

The parties have exchanged and discussed the terms of an agreed proposed Protective Order as set forth in the Local Rules to protect confidential information of the parties and intend to file a stipulated Proposed Protective Order with the Court shortly.

/ / /

/ / /

Dated: August 18, 2008

Respectfully submitted,

/s/ Timothy J. Haller
/s/ Gregory P. Casimer
/s/ Dina M. Hayes
/s/ Frederick C. Laney
/s/ Nicholas M. Dudziak
Timothy J. Haller
Gregory P. Casimer
Dina M. Hayes
Frederick C. Laney
Nicholas M. Dudziak
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, IL 60602
Tel: 312.236.0722/Fax: 312.236.3137
haller@nshn.com
casimer@nshn.com

/s/ John Christopher Jaczko
John Christopher Jaczko
JACZKO GODDARD LLP
4401 Eastgate Mall
San Diego, California 92121
Tel: 858.550.6150/Fax: 858.225.3500
cjaczko@jaczkogoddard.com
agoddard@jaczkogoddard.com
**Attorneys for Defendants**

/s/ William M. Parrish
/s/ Michael P. Adams
/s/ H. Carl Myers
/s/ Brian Mangum
William M. Parrish
Michael P. Adams
H. Carl Myers
Brian Mangum
WINSTEAD PC
401 Congress Avenue - Suite 2100
Austin, TX 787901
Telephone: (512) 370-2800
Facsimile:  (512) 370-2850
bparrish@winstead.com
madams@winstead.com
cmyers@winstead.com
bmangum@winstead.com
**Attorneys for Insweb Corporation and Auto Internet Marketing, Inc.**

/s/ Callie A. Bjurstrom
/s/ Michelle A. Herrera
Callie A. Bjurstrom
Michelle A. Herrera
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California  92101-3372
Tel:: 619.236-1414/Fax: 619.232.8311
cbjurstrom@luce.com
mherrera@luce.com
**Attorneys for Plaintiffs**

/s/ Barton E. Showalter
Barton E. Showalter
Douglas M. Kubehl
David O. Taylor
BAKER BOTTS, LLP
2001 Ross Avenue
Dallas, TX 75201-2980
Telephone: (214) 953-6500
Facsimile:  (214) 953-6503
bart.showalter@bakerbotts.com
doug.kubehl@bakerbotts.com
david.taylor@bakerbotts.com
**Attorneys for Leadpoint, Inc.**

/s/ Patrick A. Faioli, Jr.
Patrick A. Faioli, Jr.
David Bricker
MOLDO DAVIDSON FRAIOLI SEROR
 & SESTANOVICH LLP
21st Floor
2029 Century Park East
Los Angeles, CA 90067
Telephone: (310) 551-3100
Facsimile:  (310) 551-0238
pfraioli@mdfslaw.com
dbricker@mdfslaw.com
**Attorney for Internet Brands, Inc.**

101113090.1

```
 1  Callie A. Bjurstrom, State Bar No. 137816
    Michelle A. Herrera, State Bar No. 209842
 2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
    600 West Broadway, Suite 2600
 3  San Diego, California 92101-3372
    Telephone No.: 619.236.1414
 4  Fax No.: 619.232.8311
    cbjurstrom@luce.com
 5  mherrera@luce.com

 6  William M. Parrish
    Michael P. Adams
 7  H. Carl Myers
    Brian Mangum, State Bar No. 242208
 8  WINSTEAD PC
    401 Congress Avenue, Suite 2100
 9  Austin, TX 78701
    Telephone No.: 512.370.2800
10  Fax No.: 512.370.2850
    wparrish@winstead.com
11  madams@winstead.com
    cmyers@winstead.com
12  bmangum@winstead.com

13  Attorneys for Plaintiff INSWEB CORPORATION

14
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSWEB CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AUTOBYTEL, INC., AUTOBYTEL I CORP., f/k/a AVV, INC., and DOMINION ENTERPRISES,<br><br>　　　　Defendants. | Case No. 08-CV-0447 WQH (LSP)<br><br>**PROOF OF SERVICE** |

I declare as follows:

I am an attorney with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address is 600 West Broadway, Suite 2600, San Diego, California 92101-3372. I am a member of the bar of this court, over the age of eighteen years and not a party to this action.

1    On August 18, 2008, I caused the following to be served:

2    **FEDERAL RULE OF CIVIL PROCEDURE 26(F) JOINT DISCOVERY PLAN**

3    **Electronic Mail Notice List**

4    The following are those who are currently on the list to receive e-mail notices for this case.

5    Callie A. Bjurstrom, cbjurstrom@luce.com, bblock@luce.com

6    Michelle Ann Herrera, mherrera@luce.com, jliskowiak@luce.com

7    John Christopher Jaczko, cjaczko@jaczkogoddard.com, sbennett@jaczkogoddard.com

8
9    Allison H. Goddard, agoddard@jaczkogoddard.com, sbennett@jaczkogoddard.com

10    Nicholas M. Dudziak, aricchio@nshn.com, dudziak@nshn.com

11    Timothy J. Haller, haller@nshn.com, satterfield@nshn.com

12    Frederick C. Laney, laney@nshn.com, satterfield@nshn.com

13    Gregory P. Casimer, casimer@nshn.com, mecyssne@nshn.com

14    Dina M. Hayes, hayes@nshn.com

15    H. Carl Myers, cmyers@winstead.com

16    Brian Thomas Mangum, bmangum@winstead.com, rkleinberg@winstead.com

17    William M. Parrish, bparrish@winstead.com, jcurbow@winstead.com

18    Michael P. Adams, madams@winstead.com

19    **Manual Notice List**

20    The following is the list of attorneys who are **not** on the list to receive e-mail notices for this

21    case (who therefore require manual noticing).

22    Barton E. Showalter, Esq.
      Douglas Kubehl, Esq.
23    David O. Taylor, Esq.
      Baker Botts, LLP
24    2001 Ross Avenue
      Dallas, TX 75201
25
      Patrick A. Faioli, Jr., Esq.
26    David Bricker, Esq.
      Moldo, Davidson, Faioli, Seror & Sestanovich LLP
27    2029 Century Park East, 21st Floor
      Los Angeles, CA 90067
28

1  I declare that I am employed in the office at whose direction the service was made.

2  Executed at San Diego, California on August 18, 2008.

                                    s/Michelle A. Herrera
                                    Attorneys for Plaintiffs

101113127.1