1  John Christopher Jaczko, State Bar No. 149317
   Allison H. Goddard, State Bar No. 211098
2  JACZKO GODDARD LLP
   4401 Eastgate Mall
3  San Diego, California 92121
   Telephone: (858) 550-6150
4  Fax: (858) 225-3500
   cjaczko@jaczkogoddard.com
5  agoddard@jaczkogoddard.com

6  Timothy J. Haller (*Pro Hac Vice*)
   Gregory P. Casimer (*Pro Hac Vice*)
7  Frederick C. Laney (*Pro Hac Vice*)
   Nicholas M. Dudziak (*Pro Hac Vice*)
8  NIRO, SCAVONE, HALLER & NIRO
   181 West Madison Street, Suite 4600
9  Chicago, IL  60602
   Telephone:  (312) 236-0733
10 Fax:  (312) 236-3137

11 **Attorneys for All Defendants**

12

13                **IN THE UNITED STATES DISTRICT COURT**
                  **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
14

| | |
|---|---|
| 15  INSWEB CORPORATION, LEADPOINT, INC., INTERNET BRANDS, INC. AND AUTO INTERNET MARKETING, INC. | Case No. 08cv0447 WQH LSP |
| 16 | **DEFENDANTS' NOTICE OF PARTY WITH FINANCIAL INTEREST (CIV. L.R. 40.2)** |
| 17                    Plaintiffs, | |
|     v. | |
| 18 | |
| 19  AUTOBYTEL INC., AUTOBYTEL 1 CORP., F/K/A AVV, INC., DOMINION ENTERPRISES, RETENTION PERFORMANCE MARKETING, INC. AND ONECOMMAND INC. | |
| 20 | |
| 21 | |
|                      Defendants. | |
| 22 | |
|     AND RELATED COUNTERCLAIMS | |
| 23 | |

24

- 1 -                                   Case No. 08cv0447 WQH LSP

1  Pursuant to Civil Local Rule 40.2, Defendants Autobytel Inc., Autobytel Corp. F/K/A
2  AVV, Inc., Dominion Enterprises, Retention Performance Marketing, Inc., and
3  OneCommand, Inc. (collectively, "Defendants") provide the following statement identifying
4  any of their parent corporations and listing any publicly held company that owns 10% or more
5  of each Defendant's stock:

6  <u>Autobytel Inc.</u>:  not applicable

7  <u>Autobytel Corp. F/K/A AVV, Inc.</u>:  Defendant Autobytel Inc. is its parent corporation.

8  <u>Dominion Enterprises</u>:  not applicable

9  <u>Retention Performance Marketing, Inc.</u>:  Defendant OneCommand, Inc. is its parent
10 corporation.

11 <u>OneCommand, Inc.</u>:  not applicable

12 Dated:  August 21, 2008                    JACZKO GODDARD LLP
                                              NIRO, SCAVONE, HALLER & NIRO
13
                                   By:   /s/ Allison H. Goddard
14                                       Allison H. Goddard
                                         Attorneys for All Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 21st day of August, 2008, with a copy of this document via the Court's CM/ECF system.  I certify that all parties in this case are represented by counsel who are CM/ECF participants.  Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

/s/  Allison H. Goddard