1  Callie A. Bjurstrom, State Bar No. 137816
   Michelle A. Herrera, State Bar No. 209842
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600
3  San Diego, California 92101-3372
   Telephone No.: 619.236.1414
4  Fax No.: 619.232.8311
   cbjurstrom@luce.com
5  mherrera@luce.com

6  William M. Parrish
   Michael P. Adams
7  H. Carl Myers
   Brian Mangum, State Bar No. 242208
8  WINSTEAD PC
   401 Congress Avenue, Suite 2100
9  Austin, TX 78701
   Telephone No.: 512.370.2800
10 Fax No.: 512.370.2850
   wparrish@winstead.com
11 madams@winstead.com
   cmyers@winstead.com
12 bmangum@winstead.com

13 Attorneys for Plaintiff INSWEB CORPORATION

14

15                    UNITED STATES DISTRICT COURT

16                 SOUTHERN DISTRICT OF CALIFORNIA

17

18 INSWEB CORPORATION,                    Case No. 08-CV-0447 WQH (LSP)

19          Plaintiff,                    **PROOF OF SERVICE**

20 v.

21 AUTOBYTEL, INC., AUTOBYTEL I
   CORP., f/k/a AVV, INC., and DOMINION
22 ENTERPRISES,

23          Defendants.

24

25          I declare as follows:

26          I am an attorney with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address

27 is 600 West Broadway, Suite 2600, San Diego, California 92101-3372.  I am a member of the bar of

28 this court, over the age of eighteen years and not a party to this action.

                                        1
                                                        Case No. 08-CV-0447 WQH (LSP)

On August 25, 2008, I caused the following to be served:

**PLAINTIFFS' ANSWER TO COUNTERCLAIMS OF DEFENDANTS RETENTION PERFORMANCE MARKETING, INC. AND ONECOMMAND, INC.**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

Callie A. Bjurstrom, cbjurstrom@luce.com, bblock@luce.com

Michelle Ann Herrera, mherrera@luce.com, jliskowiak@luce.com

John Christopher Jaczko, cjaczko@jaczkogoddard.com, sbennett@jaczkogoddard.com

Allison H. Goddard, agoddard@jaczkogoddard.com, sbennett@jaczkogoddard.com

Nicholas M. Dudziak, aricchio@nshn.com, dudziak@nshn.com

Timothy J. Haller, haller@nshn.com, satterfield@nshn.com

Frederick C. Laney, laney@nshn.com, satterfield@nshn.com

Gregory P. Casimer, casimer@nshn.com, mecyssne@nshn.com

Dina M. Hayes, hayes@nshn.com

H. Carl Myers, cmyers@winstead.com

Brian Thomas Mangum, bmangum@winstead.com, rkleinberg@winstead.com

William M. Parrish, bparrish@winstead.com, jcurbow@winstead.com

Michael P. Adams, madams@winstead.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

Barton E. Showalter, Esq.
Douglas Kubehl, Esq.
David O. Taylor, Esq.
Baker Botts, LLP
2001 Ross Avenue
Dallas, TX 75201

Patrick A. Faioli, Jr., Esq.
David Bricker, Esq.
Moldo, Davidson, Faioli, Seror & Sestanovich LLP
2029 Century Park East, 21st Floor
Los Angeles, CA 90067

Case No. 08-CV-0447 WQH (LSP)

1

2        I declare that I am employed in the office at whose direction the service was made.

3        Executed at San Diego, California on August 25, 2008.

4

5                           s/Michelle A. Herrera
                               Attorneys for Plaintiffs

6

7  101113127.1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28