**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

INSWEB                          v. AUTOBYTEL                          No. 08-0447-WQH(LSP)

HON. LEO S. PAPAS        CT. DEPUTY J. JARABEK        Rptr. _____

Attorneys

Plaintiffs                                                              Defendants

The date and time of the Settlement Conference on October 6, 2008 at 2:00 PM is vacated and reset for November 17, 2008 at 2:00 PM. Counsel for Plaintiffs only shall participate by telephone conference call. The Court will initiate the telephone conference call.

The date and time of the Settlement Conference on October 14, 2008 at 2:00 PM is vacated and reset for December 1, 2008 at 2:00 PM. Counsel for Defendants only shall participate by telephone conference call. The Court will initiate the telephone conference call.

DATED: September 12, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge